```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 26888
   JACQUELINE SMITH
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-9773
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/20/04 and confirmed on 10/22/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 14043.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED | 10950.00 | 893.81 | 10950.00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| MEMBER SERVICE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 256.84 | .00 | 25.68 |
| CHADWICKS OF BOSTON | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| OAK PARK HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DYNACOL INC | UNSECURED | NOT FILED | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 594.39 | .00 | 59.44 |
| RPM COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| RPM COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BENSENVILLE | UNSECURED | NOT FILED | .00 | .00 |
| WESTLAKE COMMUNITY HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 792.04 | .00 | 79.20 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10950.00 | .00 | 1643.27 | .00 | 12593.27 |
| PRINCIPAL PAID | 10950.00 | .00 | 164.32 | .00 | 11114.32 |
| INTEREST PAID | 893.81 | .00 | .00 | .00 | 893.81 |
| TOTAL PAID | 11843.81 | .00 | 164.32 | .00 | 12008.13 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   2200.00 and was paid $    794.80  direct and $   1405.20  through the plan.

The Trustee received $    579.67 .

Refunds to the Debtor totaled $     50.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/07/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```